IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BILLY MITCHELL,

      Appellant,

 v.

Case No.  5D22-2024
LT Case No. 2020-DR-001480-A

EMILY MITCHELL,

      Appellee.

_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for St. Johns County,
Joan Anthony, Judge.

Michael L. Duncan, of Duncan Trial
& Mediation, Jacksonville, for Appellant.

Tania R. Schmidt-Alpers, of Tania R.
Schmidt-Alpers, PA, St. Augustine,
for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, KILBANE and MACIVER, JJ., concur.